**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 1 4 2005 ★

BROOKLYN OFFICE

This Document Relates To:
Kentile Floors, Inc.
Bankrupt Defendant

CIVIL ACTION NO.   MDL 875

:

ALL ACTIONS
(See attached schedule
for case list)

:

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Kentile Floors, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 4/1/05

Charles R. Weiner, Judge

A TRUE COPY CERTIFIED FROM THE RECORD

DATED: 4-11-05

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Civil Action(s)**

**-- MDL 875 --**

MD-1-04-2629
NYE-1-02-757
NYE-1-03-3190
NYE-1-04-108
NYE-1-04-1523
NYE-1-04-1524
NYE-1-04-1806
NYE-1-04-1915
NYE-1-04-1918
NYE-1-04-1948
NYE-1-04-1949
NYE-1-04-1950
NYE-1-04-2012
NYE-1-04-2013
NYE-1-04-2014
NYE-1-04-2133
NYE-1-04-2134
NYE-1-04-2405
NYE-1-04-2456
NYE-1-04-2457
NYE-1-04-2504
NYE-1-04-2615
NYE-1-04-2754
NYE-1-04-2780
NYE-1-04-2781
NYE-1-04-2782
NYE-1-04-2829
NYE-1-04-2859
NYE-1-04-2900
NYE-1-04-2955
NYE-1-04-2958
NYE-1-04-3008
NYE-1-04-3178
NYE-1-04-4066
NYE-1-04-4067
NYE-1-04-4186
NYE-1-04-4187
NYS-1-04-8119

**REPORT FILTERS**

MDL Docket 875 - Asbestos PL (No. VI)
Limited To : Active Involvement

The actions listed on this report are limited to Only those actions that have been transferred to the transferee district.